# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-03011-REB-MJW

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation,

    Plaintiff,

v.

THE WEITZ COMPANY, LLC, an Iowa limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#18][1] filed June 12, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#18] filed June 12, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for November 22, 2013, are **VACATED**;

3. That the jury trial set to commence December 16, 2013, is **VACATED**; and

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated June 13, 2013, at Denver, Colorado.

                                                 **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge